TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
STEPHEN P. DENT, Assistant United States Attorney (#17405)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone:  (435) 634-4266
brady.wilson@usdoj.gov
stephen.dent@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBERLY DAWN HARE and JOHN PARRY, <br><br> Defendants. | Case No. 4:24-cr-00069-AMA-PK-1 <br><br> FELONY INFORMATION <br><br> COUNT I:  21 U.S.C. § 841(a)(1), 18 U.S.C. § 2, Distribution of Fentanyl <br><br><br> Judge Ann Marie McIff Allen |

The United States Attorney charges:

## COUNT I
21 U.S.C. § 841(a)(1)
Distribution of Fentanyl

On or about April 20, 2024, in the District of Utah,

KIMBERLY DAWN HARE and
JOHN PARRY,

defendants herein, did knowingly and intentionally distribute Fentanyl, a Schedule II

controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21

U.S.C. § 841(b)(1)(C).

TRINA A. HIGGINS
United States Attorney

_____
BRADY WILSON
STEPHEN P. DENT
Assistant United States Attorneys

2